UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DROB COLLECTIBLES, LLC, and
RONALDO DE ASSIS MOREIRA a/k/a
RONALDINHO,

                Plaintiffs,                **ORDER**

                                            **23-cv-63 (GHW)(JW)**

          -against-

LEAF TRADING CARDS, LLC,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This Court is in receipt of the letter detailing scheduling disputes at Dkt. No. 33. Given the disputes raised, the Initial Case Management Conference on **April 15, 2024 at 10:30am** will now be held **in-person** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
                 April 9, 2024

                                                                  _____
                                                                 JENNIFER E. WILLIS
                                                                 United States Magistrate Judge