**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DROB COLLECTIBLES, LLC, *and*
RONALDO DE ASSIS MOREIRA *a/k/a*
RONALDINHO,

                              Plaintiffs,                          **ORDER**

        -against-                                        23-cv-63 (GHW) (JW)

LEAF TRADING CARDS, LLC,

                              Defendant.
-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      Should the Parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email **by April 26, 2024** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in May, June, or July.  Any conference will be held in person at Courtroom 228, 40 Foley Square, New York, New York.  Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      Parties must attend in person with their counsel.  Corporate Parties must send the person with decision-making authority to settle the matter to the conference.  The Parties **are required** to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for All Cases Referred for Settlement. These letters must be submitted **five business days prior to the date of the conference**.  See § 3 of the Standing Order, ("no later than 5 business days before the conference, counsel for each party must send the Court by email a letter, marked "Confidential Material for Use Only at Settlement Conference," which should not be sent to the other parties. The letter should be sent to WillisNYSDChambers@nysd.uscourts.gov.

This ex parte letter must not exceed 3 pages…The letter should include, at a minimum, the following: (a) the history of settlement negotiations, if any, including any prior offers or demands; (b) your evaluation of the settlement value of the case and the rationale for it; (c) any case law authority in support of your settlement position; and (d) any other facts that would be helpful to the Court in preparation for the conference.").

**The Parties are also required to jointly fill out the attached form** and submit it via email at least five business days prior to the conference.

Finally, should either Party wish to discuss a possible declaration of bankruptcy, a limited ability to pay an award, or lack of access to cash to fund a settlement, the Parties are strongly encouraged to discuss such issues with opposing counsel prior to the settlement conference and to provide documents in their confidential *ex parte* letters that speak to their financial condition.

SO ORDERED.

DATED:   New York, New York
         April 15, 2024

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

# SETTLEMENT CONFERENCE FORM

**This form should be completed jointly by the Parties and emailed to WillisNYSDChambers@nysd.uscourts.gov at least five business days prior to the conference. The answers to this form will be kept confidential. Please cite to the relevant docket entry where appropriate.**

1. **Has a deadline for fact discovery been set in this case? If so, is discovery closed?**

   Yes_____    No_____
   If yes, the discovery deadline is/was_____

2. **Is there a deadline for expert discovery?**

   Yes_____    No_____
   If yes, the expert discovery deadline is/was_____

3. **Is either Party waiting to receive records (medical records, payroll records, expert reports, etc.) important to its case?**

   Yes_____    No_____
   If yes, what are those records?_____
   Is the Party still prepared to settle even without receipt of those documents?
   _____

4. **Has a Motion to Dismiss or Motion on the Pleadings Been Filed?**

   Yes_____    No_____

   If yes, did the District Judge rule on the Motion to Dismiss?

   Yes_____    No_____

   If yes, please list the surviving claims below:

   _____

5. **Has a Motion for Summary Judgment Been Filed?**

   Yes_____    No_____

3

If yes, did the District Judge rule on the Motion?

Yes_____   No_____

If yes, what did the District Judge rule?

Granted_____   Denied_____   Granted in part _____

6. **Are attorney's fees part of the damages calculation? If so, to date, what are the total attorney fees accumulated in the case?**

   Yes_____   No_____

   If yes,  $_____

7. **What are the estimated attorney fees for each side for the next stages of the litigation?**

   Plaintiff $_____   Prefer Not to answer_____

   Defendant$_____   Prefer Not to answer_____

8. **Are there any financial constraints affecting the settlement discussions the Court should be aware of?**

   Yes_____   No_____
   If yes, what are those financial constraints?_____

9. **What was Plaintiff's last best offer? When was this offer made?**

   $_____

   Date of Offer:_____

10. **What was Defendant's last best offer? When was this offer made?**

    $_____

    Date of Offer:_____

11. **Are there any other impediments to settlement that the Court should be aware of?**

    Yes_____   No_____
    If yes, please describe._____

4